The Honorable Christopher M. Alston
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Gary Rosenthal,<br><br>                Debtor.<br><br>Gary Rosenthal,<br><br>                Plaintiff,<br><br>   v.<br><br>Defendant NewRez, LLC, d/b/a/ Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC<br><br>                Defendant. | Case No. 24-12397 – CMA<br><br>Adv. No. 25-01010-CMA<br><br>Chapter: 13<br><br><br>DECLARATION OF EDUARDO C. MONTERO |

Please see the attached Declaration of Eduardo C. Montero, originally prepared for the bankruptcy case but used here in support of the Request for Temporary Restraining Order and Permanent Injunction.

1

DECLARATION OF EDUARDO C. MONTERO

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Gary Rosenthal,

            Debtor.

Case No. 24-12397 – CMA

Chapter: 13

**DECLARATION OF EDUARDO C. MONTERO**

I, Eduardo C. Montero, declare under penalty of perjury as follows:

1. I am a Certified Residential Appraiser licensed in the State of Washington, holding license number 1702286, valid until June 22, 2026. I am the principal appraiser at North Coast Appraisal Group, located at 18828 46th Ave NE, Arlington, WA 98223. I have over 21 years of experience in residential real estate appraisal and specialize in valuing single-family homes for mortgage lending, litigation, and bankruptcy proceedings.

2. My qualifications include certification as a Residential Appraiser by the State of Washington, extensive experience conducting FHA, VA, and conventional loan appraisals, proficiency in Uniform Standards of Professional Appraisal Practice (USPAP), membership in professional appraisal organizations, ensuring adherence to industry standards, and continuous education in market valuation, data analysis, and regulatory compliance. Attached hereto is a true and correct copy of my resume as **Exhibit 1** and my

professional license as **Exhibit 2**.

3. I prepared a Uniform Residential Appraisal Report (URAR) for the property located at 20228 23rd Place NW, Shoreline, WA 98177 (the "Subject Property"). This declaration is made in support of the appraised value of the Subject Property for use in Gary Rosenthal's bankruptcy proceedings. Attached hereto is a true and correct copy of my appraisal on the Subject Property as **Exhibit 3**.

4. The effective date of the appraisal is January 7, 2025. The property is a single-family residence with 1,698 sq. ft. of above-grade living area and a 966 sq. ft. finished basement situated on a 7,215 sq. ft. lot. Based on market conditions, comparable property sales, and an analysis of the Subject Property's characteristics, I determined the fair market value to be $1,350,000 as of the appraisal date.

5. My appraisal relied on the Sales Comparison Approach, adjusting for property characteristics, condition, location, and market conditions at the time of the valuation. This approach involved selecting and analyzing recent comparable sales within the Shoreline, WA area to establish an accurate and supportable market value.

6. I analyzed recent comparable sales within 0.10 to 0.60 miles of the Subject Property, ensuring that the properties were of similar design, age, and size. Market trends indicate stable property values within the Shoreline, WA, market, with homes selling within 90 days of listing at or near the asking price. No undue financial distress or foreclosure conditions were observed that would negatively impact the Subject Property's valuation.

7. My appraisal complies with all FHA/HUD guidelines, as well as USPAP and Fannie Mae/Freddie Mac appraisal standards. I have no financial interest in the Subject Property or any relationship with the debtor that would impair my objectivity. To the best of

my knowledge, the valuation of $1,350,000 represents a fair and accurate market value based on all available data as of the effective date of the report.

8. I submit this declaration in support of the valuation of the Subject Property for purposes of this bankruptcy proceeding. I am willing to testify regarding my appraisal findings and methodologies if required by the court.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: [Date]
At: [City, State]

By: _____
Eduardo C. Montero
Certified Residential Appraiser, License #1702286
North Coast Appraisal Group

DECLARATION OF EDUARDO C. MONTERO - 3