Entered on Docket February 5, 2025

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br>Gary Rosenthal,<br>              Debtor.<br><br>Gary Rosenthal,<br>              Plaintiff,<br>v.<br>Defendant NewRez, LLC, d/b/a/ Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC<br>              Defendant. | Case No. 24-12397 – CMA<br><br>Adv. No. 25-01010-CMA<br><br>Chapter: 13<br><br>**AMENDED** EX PARTE ORDER **ON MOTION FOR** ORDER SHORTENING TIME ON REQUEST FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>MODIFIED BY COURT |

THIS MATTER having come before the Court on the Debtor's Ex Parte Motion for an Order to Shorten Time on Motion on Request for Temporary Restraining Order and Preliminary Injunction, the Court finding efforts to provide service adequate, that exigent circumstances exist which would cause harm to Debtor if the hearing were not held on

DEBTOR'S EX-PARTE ORDER
SHORTENING TIME ON REQUEST FOR
TRO AND PRELIMINARY INJUNCTION
WITH SUBJOINED DECLARATION

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
WILMINGTON, DE 19806
TELEPHONE: (302) 449-9010

shortened time, and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion to Shorten Time is Granted;

2. Counsel will include a copy of the Order Shortening Time with the Notice of Hearing on Debtor's Motion on Request for Temporary Restraining Order and Preliminary Injunction that will be sent to the attorney for Defendants Buda Hill, LLC and Eastside Funding, LLC as soon as it is entered and be mailed to New Rez, LLC d/b/a Shellpoint Mortgage Services, Inc.

3. The hearing on the motion for a TRO will be held on **February 6, 2025 at 2:30 p.m.** Responses to the motion may be filed up to the time of the hearing.

// END OF ORDER//

Presented by:

DEVLIN LAW FIRM, LLC

By: _/s/ Christina L Henry_
Christina L Henry, WSBA #31273
6100 219th St SW, Ste 480
PMB 398
Mountlake Terrace, WA 98043-2222
chenry@devlinlawfirm.com
Tel# 206-319-0077

DEBTOR'S EX-PARTE ORDER
SHORTENING TIME ON REQUEST FOR
TRO AND PRELIMINARY INJUNCTION
WITH SUBJOINED DECLARATION

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
WILMINGTON, DE 19806
TELEPHONE: (302) 449-9010

Case 23-01010-CMA    Doc 16    Filed 02/05/25    Ent. 02/05/25 16:10:26    Pg. 2 of 2