Honorable Judge Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>GARY ROSENTHAL<br><br>Debtor(s).<br>GARY ROSENTHAL<br><br>Plaintiff,<br><br>v.<br><br>NEW REZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICES, LLC; BUDA HILL, LLC; and EASTSIDE FUNDING, LLC,<br><br>Defendant | Case No.: 24-12397-CMA<br><br><br><br>Adv. No: 25-01010-CMA<br><br>**DECLARATION OF LEI (LISA) TANG** |

DECLARATION OF LEI (LISA) TANG - 1

*Schweet Linde & rosenblum, PLLC*
575 S. Michigan St.
Seattle, WA 98108
p (206) 275-1010 f (206) 381-0101

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>GARY ROSENTHAL,<br><br>Debtor. | Chapter 13<br><br>Case No. 24-12397-CMA<br><br>**DECLARATION OF LEI (LISA) TANG** |

I, Lei (Lisa) Tang, declare as follows:

1. I am of legal age and competency and I am authorized to make this declaration. I make this declaration based on my personal knowledge.

2. I am a mortgage broker and real estate agent for Buda Hill, LLC ("Buda Hill"). In my capacity as Buda Hill's agent, I assist it with all aspects of obtaining and selling real property investments and financing those transactions.

3. On September 20, 2024, I attended the trustee's sale of the subject property commonly known as 20228 23rd Place NW, Shoreline, WA (the "Property"). On behalf of Buda Hill, I placed the winning bid for the Property of $915,100.00.

4. The purchase funds were paid to the trustee by cashier's checks from Eastside Funding. Buda Hill financed of the purchase price with Eastside Funding. To finance the purchase of the Property at the sale, Buda Hill obtained a loan from Eastside Funding on September 20, 2024 in the principal amount of $853,150.92. Buda Hill's monthly interest-only

Declaration of Lei (Lisa) Tang– 1

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Case 25-01010-CMA    Doc 19    Filed 02/06/25    Ent. 02/06/25 13:01:32    Pg. 2 of 4

payments on its loan is $8,531.51 and the loan matures on February 20, 2025. Buda Hill is current on its loan with Eastside Funding.

5. Eastside Funding received the Trustee's Deed from Quality on September 25, 2024. Eastside Funding is currently in possession of the Trustee's Deed and is stayed from recording it and perfecting its rights in the Property because of the filing of Mr. Rosenthal's bankruptcy.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this __Dec 2__ day of December, 2024, at (city/state): __bellevue/WA__

*Lei Tang*
Lei Tang (Dec 27, 2024 13:26 PST)
Lei (Lisa) Tang

Declaration of Lei (Lisa) Tang– 2

SCHWEET LINDE & ROSENBLUM, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

# Pleading Paper

Final Audit Report        2024-12-27

| | |
|---|---|
| Created: | 2024-12-27 |
| By: | John McIntosh (johnm@schweetlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAo9fIHRdhsDqnQ4cKDD-U3qNRjOzWS4qb |

## "Pleading Paper" History

- Document created by John McIntosh (johnm@schweetlaw.com)
  2024-12-27 - 9:24:56 PM GMT

- Document emailed to Lei Tang (lisa@tangfinancialgroup.com) for signature
  2024-12-27 - 9:24:59 PM GMT

- Email viewed by Lei Tang (lisa@tangfinancialgroup.com)
  2024-12-27 - 9:25:18 PM GMT

- Document e-signed by Lei Tang (lisa@tangfinancialgroup.com)
  Signature Date: 2024-12-27 - 9:26:13 PM GMT - Time Source: server

- Agreement completed.
  2024-12-27 - 9:26:13 PM GMT

Adobe Acrobat Sign