UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| In re: | |
|---|---|
| Gary Rosenthal, | Adversary Case No. 25-01010-CMA |
| Debtor. | |
| Gary Rosenthal, | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| Plaintiff, | |
| v. | |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing, | |
| Defendants. | |

NewRez LLC d/b/a Shellpoint Mortgage Servicing appears in this matter through their counsel, McCarthy & Holthus, LLP. All pleadings and correspondence served or required to be served in these cases should be directed to its attorneys, as follows:

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104

Dated: 2/10/2025          McCarthy & Holthus, LLP

/s/ Warren D. Lance
Warren D. Lance, Esq. WSBA #51586
Attorneys for Defendant NewRez LLC d/b/a
Shellpoint Mortgage Servicing

Notice of Appearance
MH # WA-25-181110

**McCarthy & Holthus, LLP**
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 25-01010-CMA   Doc 27   Filed 02/11/25   Ent. 02/11/25 14:17:48   Pg. 1 of 2

# CERTIFICATE OF SERVICE

On 2/11/2025, I served the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

**TRUSTEE**
Jason Wilson-Aguilar
courtmail@seattlech13.com

**DEBTOR'S COUNSEL**
Christina L Henry
chenry@devlinlawfirm.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Andrei Mihai
Andrei Mihai

On 2/11/2025, I served the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Gary Rosenthal, 20228 23rd Pl NW, Shoreline, WA 98177

**US TRUSTEE**
700 Stewart St Ste 5103, Seattle, WA 98101

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 2/11/2025

/s/ Hue Banh
Hue Banh