| | |
|---|---|
| Gregor A. Hensrude, WSBA #45918<br>Chancelor K. Eagle, WSBA #60914<br>ghensrude@klinedinstlaw.com<br>ceagle@klinedinstlaw.com<br>KLINEDINST PC<br>1200 Fifth Avenue, Suite 1750<br>Seattle, Washington 98101<br>Telephone: (206) 672-4400<br>Facsimile: (206) 682-7449 | Chapter: 13 |

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

AT SEATTLE

| | |
|---|---|
| In re<br>Gary Rosenthal,<br>    Debtors. | Case No. 24-12397-CMA<br>Adverse No. 25-01010-CMA<br>NOTICE OF APPEARANCE |
| Gary Rosenthal,<br>    Plaintiff,<br>    v.<br>Defendant NewRez, LLC, d/b/a/ Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC<br>    Defendants. | (CLERK'S ACTION REQUIRED) |

TO:    CLERK OF THE COURT, and

TO:    ALL COUNSEL OF RECORD:

NOTICE OF APPEARANCE - Page 1

KLINEDINST PC
Attorneys at Law
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
Telephone: (206) 672-4400

Case 25-01010-CMA   Doc 37   Filed 02/19/25   Ent. 02/19/25 12:59:01   Pg. 1 of 3

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Gregor A. Hensrude and Chancelor K. Eagle of the law firm Klinedinst PC hereby appear in the above-captioned matter on behalf of NewRez, LLC d/b/a Shellpoint Mortgage Servicing, without waiving any applicable defenses, including, without limitation, lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, and failure to state a claim on which relief may be granted, and other applicable civil rules. |

PLEASE TAKE NOTICE that Gregor A. Hensrude and Chancelor K. Eagle of the law firm Klinedinst PC hereby appear in the above-captioned matter on behalf of NewRez, LLC d/b/a Shellpoint Mortgage Servicing, without waiving any applicable defenses, including, without limitation, lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of service of process, and failure to state a claim on which relief may be granted, and other applicable civil rules.

Please serve all further papers and pleadings, exclusive of original process, on the undersigned at:

Klinedinst PC
1200 Fifth Avenue, Suite 1750
Seattle, WA 98101
ghensrude@klinedinstlaw.com (Gregor A. Hensrude, Attorney)
ceagle@klinedinstlaw.com (Chancelor K. Eagle, Attorney)

DATED this 19th day of February, 2025

KLINEDINST PC

By: */s/ Gregor A. Hensrude*
Gregor A. Hensrude, WSBA #45918
Chancelor K. Eagle, WSBA #60914
1200 Fifth Avenue, Suite 1750
Seattle, WA 98101
206-672-4400
ghensrude@klinedinstlaw.com
ceagle@klinedinstlaw.com

*Attorneys for Defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing*

NOTICE OF APPEARANCE - Page 2

KLINEDINST PC
Attorneys at Law
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
Telephone: (206) 672-4400

Case 25-01010-CMA    Doc 37    Filed 02/19/25    Ent. 02/19/25 12:59:01    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record.

*Attorneys for Plaintiff Gary Rosenthal*

Christina L. Henry, WSBA #31273
DEVLIN LAW FIRM LLC
6100 219th St SW, Ste 480 – PMB 398
Seattle, WA 98043-2222
206-319-0077
chenry@devlinlawfirm.com

*Attorneys for Defendants Buda Hill, LLC and Eastside Funding, LLC*

John A, McIntosh, WSBA #43113
SCWEET LINDE ROSENBLUM PLLC
575 S. Michigan St
Seattle, WA 98108
206-381-0118
johnm@schweetlaw.com

*Attorneys for Defendant NewRez, LLC dba Shellpoint Mortgage Servicing*

Warren Lance, WSBA #51586
McCARTHY HOLTHUS LLP
108 First Avenue, Suite 400
Seattle, WA 98104
206-596-4841
wlance@mccarthyholthus.com

Dated this 19th day of February, 2025.

*/s/ Monica J. Roberts*
Monica J. Roberts
Klinedinst PC
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
206-672-4400
mroberts@klinedinstlaw.com

NOTICE OF APPEARANCE - Page 3

KLINEDINST PC
Attorneys at Law
1200 Fifth Avenue, Suite 1750
Seattle, Washington 98101
Telephone: (206) 672-4400

Case 25-01010-CMA    Doc 37    Filed 02/19/25    Ent. 02/19/25 12:59:01    Pg. 3 of 3