The Honorable Christopher M. Alston
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Gary Rosenthal,

              Debtor.

_____

Gary Rosenthal,

              Plaintiff,

    v.

Defendant NewRez, LLC, d/b/a/ Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC

              Defendant.

Case No. 24-12397 – CMA

Adv. No. 25-01010-CMA

Chapter: 13

DECLARATION OF CHRISTINA L. HENRY REGARDING BOND FOR PRELIMINARY INJUNCTION

---

DECLARATION OF CHRISTINA L. HENRY
REGARDING BOND FOR
PRELIMINARY INJUNCTION

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

I, Christina L. Henry declare as follows:

1. I am the attorney for the Plaintiff Gary Rosenthal, I have personal knowledge of the facts stated in this declaration, and I am competent and willing to testify to the truth if called upon to do so.

2. On January 31, 2025, Plaintiff Gary S. Rosenthal filed this adversary proceeding against Buda Hill, LLC, Eastside Funding, LLC and NewRez, LLC dba Shellpoint Mortgage Services, LLC ("Defendants") seeking a declaratory judgment regarding Gary Rosenthal's ownership interest in the property located at 20228 23rd Pl NW, Shoreline, WA 98177-2327, and as clarified in the Amended Complaint filed on February 18, 2025 (Dkt No. 34), also a permanent injunction, quiet title, recovery of a preferential transfer under 11 U.S.C. 547 or in the alternative, recovery of the property and funds paid to NewRez, LLC under Chapter 5 bankruptcy powers.

3. The Court entered an order on February 21, 2025 (Dkt No. 41) ordering the Plaintiff to provide appropriate security (i.e., a bond) under Federal Rule of Civil Procedure 65(c), made applicable by Federal Rule of Bankruptcy Procedure 7065.

4. In compliance with that order, the Plaintiff has obtained Injunction Bond No. CSC-305592C from Colonial Surety Company ("Colonial"), in the amount of $35,000.00. A true and correct copy of the Bond is attached to the Motion as Exhibit A.

THIS DECLARATION IS MADE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON.

1

DECLARATION OF CHRISTINA L. HENRY
REGARDING BOND FOR
PRELIMINARY INJUNCTION

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Case 25-01010-CMA    Doc 42    Filed 02/24/25    Ent. 02/24/25 15:55:57    Pg. 2 of 3

Executed this 24th day of February 2025 at Seattle, WA.

By: */s/ Christina L Henry*
Christina L Henry, WSBA #31273

2
DECLARATION OF CHRISTINA L. HENRY
REGARDING BOND FOR
PRELIMINARY INJUNCTION

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010