Schweet Linde & Rosenblum, PLLC
575 S. Michigan Street
Seattle, WA 98108
P: (206) 275-1010
F: (206) 381-0101

Honorable Judge Christopher M. Alston
Adversary Proceeding (Chapter 13)

IN THE U.S. BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

GARY ROSENTHAL,

           Debtor.

GARY ROSENTHAL,

           Plaintiff,

v.

NEWREZ, LLC d/b/a/ SHELLPOINT MORTGAGE SERVICES, LLC; BUDA HILL, LLC; and EASTSIDE FUNDING, LLC

           Defendants

Chapter 13

Case No. 24-12397-CMA

Adv. No. 25-01010-CMA

**DECLARATION OF CHUNGUO WANG IN SUPPORT OF RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Chunguo Wang, declare as follows:

1. I am of legal age and competency and I am authorized to make this declaration. I make this declaration based on my personal knowledge.

2. Weiqing Wang and I are principals of Buda Hill, LLC ("Buda Hill").

3. On September 20, 2024, Buda Hill purchased the subject property at 20228 23rd Pl NW, Shoreline, WA 98177 (the "Property") at a trustee sale (the "Sale") for $915,100.00.

DECLARATION OF CHUNGUO WANG - 1

*SCHWEET LINDE & ROSENBLUM, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

4. Buda Hill obtained a short-term loan from Eastside Funding in the principal amount of $853,150.92 to finance part of the purchase. In connection with the loan, Buda Hill signed a promissory note (the "Note"). The Note requires interest-only monthly payments.

5. Before I could record the trustee's deed, Mr. Rosenthal filed for bankruptcy.

6. My funds and the funds from my loan with Eastside Funding were disbursed to the foreclosure trustee at the Sale. I am not in possession of those funds nor do I have title, possession, quiet use and enjoyment of the Property that I purchased. The burden of withholding title to the Property is entirely being put on me and is untenable.

7. I understand Mr. Rosenthal's desire to retain the Property, but I waited for six months to allow him to secure sufficient funds to clear his debts, allowing him to keep his property and enabling me to retrieve my loan. He took no action. Meanwhile, my loan with Eastside Funding matured, and the interest rate soared to 24%.

8. Over this half-year period, I have incurred approximately $300,000 in interest, loan fees, attorney fees, and brokerage fees. Currently, my monthly expenses exceed $20,000 and this is not sustainable. I need title to the property I purchased to relieve the financial burden that has led to multiple payment delinquencies. I have a family and children to care for.

9. While I understand Mr. Rosenthal's wish to retain his home, it should not come at the expense of causing harm to me and my innocent family. Prolonging this case is exacerbating the financial burdens for me.

**I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge, information, and belief.**

Signed and dated this ___ day of April 2025 at Seattle, Washington.


Chunguo Wang (Apr 3, 2025 16:27 PDT)

Chunguo Wang

DECLARATION OF CHUNGUO WANG - 2

*Schweet Linde & Rosenblum, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010 F (206) 381-0101

# Pleading Paper

Final Audit Report                                    2025-04-03

| | |
|---|---|
| Created: | 2025-04-03 |
| By: | John McIntosh (johnm@schweetlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAugNM7q0N_wpUPV2kw-KYnExRBTtg6cpP |

## "Pleading Paper" History

- Document created by John McIntosh (johnm@schweetlaw.com)
  2025-04-03 - 11:01:52 PM GMT

- Document emailed to Chunguo Wang (wangchunguo08@yahoo.com) for signature
  2025-04-03 - 11:01:56 PM GMT

- Email viewed by Chunguo Wang (wangchunguo08@yahoo.com)
  2025-04-03 - 11:27:15 PM GMT

- Document e-signed by Chunguo Wang (wangchunguo08@yahoo.com)
  Signature Date: 2025-04-03 - 11:27:43 PM GMT - Time Source: server

- Agreement completed.
  2025-04-03 - 11:27:43 PM GMT

Adobe Acrobat Sign