The Honorable Christopher M. Alston
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Gary Rosenthal,<br><br>     Debtor. | Case No. 24-12397 – CMA<br><br>Adv. No. 25-01010-CMA<br><br>Chapter: 13 |
| Gary Rosenthal,<br><br>     Plaintiff,<br><br>v.<br><br>Defendant NewRez, LLC, d/b/a/ Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC<br><br>     Defendant. | DECLARATION OF CHRISTINA L. HENRY REGARDING BOND EXTENSION FOR PRELIMINARY INJUNCTION |

DECLARATION OF CHRISTINA L. HENRY
REGARDING BOND EXTENSION FOR
PRELIMINARY INJUNCTION

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Case 25-01010-CMA    Doc 77    Filed 04/21/25    Ent. 04/21/25 11:06:05    Pg. 1 of 2

I, Christina L. Henry declare as follows:

1. I am the attorney for the Plaintiff Gary Rosenthal, I have personal knowledge of the facts stated in this declaration, and I am competent and willing to testify to the truth if called upon to do so.

2. On April 17, 2025, the Court signed an Agreed Order Granting Motion for 14-Day Extension of Preliminary Injunction Bond, Plaintiff Gary S. Rosenthal (Dkt No. 75), ordering the Plaintiff to provide addiitonal security (i.e., a bond) under Federal Rule of Civil Procedure 65(c), made applicable by Federal Rule of Bankruptcy Procedure 7065.

3. In compliance with that order, the Plaintiff has obtained an extension of the Injunction Bond No. CSC-305592C from Colonial Surety Company ("Colonial") that was filed at Dkt No. 42-1 and submits the attached Rider to that bond to increase the amount of the bond to $43,000. A true and correct copy of the rider to the Bond is attached to the Motion as Exhibit 1.

THIS DECLARATION IS MADE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON.

Executed this 21th day of April 2025 at Seattle, WA.

By: */s/ Christina L Henry*
Christina L Henry, WSBA #31273

1

DECLARATION OF CHRISTINA L. HENRY
REGARDING BOND FOR
PRELIMINARY INJUNCTION

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010