# EXHIBIT 1



Bond No. CSC – 305592C

## Rider

This Rider forms a part of Bond No. CSC- 305592C issued by Colonial Surety Company, in favor of UNITED STATES BANKRUPTCY COURT as Obligee, on behalf of Gary S Rosenthal as principal in the amount of Thirty Five Thousand Dollars ($35,000.00), effective dated the 24th day of February, 2025.

It is hereby understood and agreed that the bond amount has increased to Forty Three Thousand Dollars ($43,000.00). Effective dated the 21st day of April, 2025.

Furthermore, it is also understood and agreed that in no event shall the liability embodied in this bond or rider be cumulative.

Nothing herein contained shall vary, alter or extend any of the provisions, conditions or other terms of this bond except as above stated.

Signed, Sealed and Dated this 21st day of April, 2025.

_____
Principal

_____
Colonial Surety Company
Wayne Nunziata
Attorney-In-Fact



# COLONIAL SURETY COMPANY

Duncannon, Pennsylvania
Administrative Office: 123 Tice Blvd., Suite 250, Woodcliff Lake, New Jersey 07677

## GENERAL POWER OF ATTORNEY

*Know all Men by These Presents,* That COLONIAL SURETY COMPANY, a corporation duly organized and existing under the laws of the Commonwealth of Pennsylvania and having an administrative office in Woodcliff Lake, Bergen County, NJ does by these presents make, constitute and appoint **Wayne Nunziata or Michael Bonfante** of Woodcliff Lake and the State of New Jersey its true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver.

### Any and All Bonds

and to bind the Company thereby as fully and to the same extent as if such bonds were signed by the President, sealed with the corporate seal of the Company, hereby ratifying and confirming all that the said Attorney(s)-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolution adopted by the Board of Directors of the Colonial Surety Company at a meeting held on the 25th day of July, 1950.

"*Be it Resolved,* that the President, any Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

"*Section I. Attorney-in-Fact.* Attorney-in-Fact may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements of indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed."

"*In Witness Whereof,* Colonial Surety Company has caused these presents to be signed by its **President** and its corporate seal to be hereto affixed the **30th** day of **March**, A.D., 2023.

State of New Jersey } SS.
County of Bergen

COLONIAL SURETY COMPANY
By _____
Wayne Nunziata, President

On this **30th** day of **March**, in the year 2023, before me **Theresa La Monica**, a notary public, personally appeared **Wayne Nunziata**, personally known to me to be the person who executed the within instrument as **President**, on behalf of the corporation therein named and acknowledged to me that the corporation executed it.

THERESA LA MONICA
A Notary Public of New Jersey
My Commission Expires September 9, 2025

_____
Theresa La Monica     Notary Public

I, the undersigned President of Colonial Surety Company, hereby certify that the above and foregoing is a full, true and correct copy of the Original Power of Attorney issued by said Company, and do hereby further certify that the said Power of Attorney is still in force and effect.

GIVEN under my hand and the seal of said Company, at Woodcliff Lake, New Jersey this **21st** day of **April**, 20**25**.

_____
Wayne Nunziata, President

Original printed with Blue and/or Black ink.
For verification of the authenticity of this Power of Attorney you may call (201) 573-8788 and ask for the Power of Attorney clerk. Please refer to the above named individual(s) and details of the bond to which the power is attached.

Form S-100-101 (Rev 03/23)

# Colonial Surety Company
Duncannon, Pennsylvania
-Inc 1930-

## Balance Sheet as of December 31, 2023

| **Cash & Invested Assets:** | | **Liabilities:** | |
|---|---|---|---|
| Cash | $24,397,248 | Outstanding Losses & Loss Expenses | $3,553,844 |
| Cash Equivalents | 4,719,842 | Unearned Premiums | 18,529,858 |
| Common Stocks* | 9,122,243 | Funds Held | 6,498,740 |
| Bonds* | 50,414,007 | Reinsurance Payable | 7,650,729 |
| | | Accrued Expenses | 692,642 |
| | | Income Taxes Payable | 2,889,937 |
| **Total Cash & Invested Assets** | **$88,653,340** | Payable to Parents, Subs & Affiliates | 380,416 |
| | | Miscellaneous Liabilities | 3,678,088 |
| | | Commission Payable | (5,529,183) |
| | | **Total Liabilities** | **$38,345,071** |
| **Other Assets:** | | | |
| Accrued Investment Income | $531,942 | **Capital & Surplus:** | |
| Premiums Receivable | 3,518,350 | Common Capital Stock | $ 4,000,000 |
| Funds Held – Collateral | 6,498,740 | Additional Paid in Capital | 1,000,000 |
| Reinsurance Recoverable | 7,787,775 | Unassigned Surplus | 64,924,417 |
| Net Deferred Tax Assets | 1,014,844 | | |
| Other Assets | 264,497 | **Total Capital & Surplus** | **$69,924,417** |
| **Total Admitted Assets** | **$108,269,488** | **Total Liabilities, Capital & Surplus** | **$108,269,488** |

*Bonds and stocks are valued on a basis approved by the National Association of Insurance Commissioners.

STATE OF NEW JERSEY }
                    ss.:
COUNTY OF BERGEN }

I, Wayne Nunziata, President of Colonial Surety Company, do hereby certify that the foregoing is a full, true, and correct copy of the Financial Statement of said Company, as of December 31, 2023.

IN WITNESS WHEREOF, I have signed this statement at Woodcliff Lake, New Jersey, this 1st day of March 2024.

_____
Wayne Nunziata, President

Theresa La Monica, Notary Public

**THERESA LA MONICA**
**A Notary Public of New Jersey**
**My Commission Expires September 9, 2025**