**Below is a Judgment of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re Gary Rosenthal, | Case No. 24-12397 |
| Debtor. | |
| Gary Rosenthal, | Adv. No. 25-01010 |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| Defendant NewRez, LLC, d/b/a/ Shellpoint Mortgage Services, LLC, et al., | |
| Defendants. | |

In accordance with the Order on Motions for Summary Judgment (ECF No. 76), the Court hereby enters JUDGMENT as follows:

1. Judgement is awarded Defendants Buda Hill, LLC, and Eastside Funding, LLC against

Order - 1

**Below is a Judgment of the Court.**

Plaintiff consistent with the Order.

2. All claims asserted in this adversary proceeding by Plaintiff are hereby dismissed.

/// END OF JUDGMENT ///

Order - 2