# EXHIBIT 1

United States Bankruptcy Court
Western District of Washington

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 09/24/2024 at 2:56 PM and filed on 09/24/2024.

**Gary Rosenthal**
20228 23rd Pl NW
Shoreline, WA 98177-2327
SSN / ITIN: xxx-xx-5808

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Christina L Henry**<br>Seattle Consumer Justice, PS<br>10728 16th Ave SW<br>Seattle, WA 98146<br>206-330-0595 | **Jason Wilson-Aguilar**<br>600 University St #1300<br>Seattle, WA 98101<br>206-624-5124 |

The case was assigned case number 24-12397-CMA to Judge Christopher M Alston.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available with a Pacer account log in at https://ecf.wawb.uscourts.gov or via public terminals at the Clerk's Office, 700 Stewart St, Room 6301, Seattle, WA 98101 or 1717 Pacific Avenue, Suite 2100, Tacoma, WA 98402.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Gina Zadra Walton
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/24/2024 15:00:42 | | |
| **PACER Login:** | th8694th | **Client Code:** |

| Description: | Notice of Filing | Search Criteria: | 24-12397-CMA |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |