# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Gary Rosenthal,

                Debtor.

---

Gary Rosenthal,

                Plaintiff,

   v.

Defendant NewRez, LLC, d/b/a/ Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC

                Defendants.

Case No. 24-12397 – CMA

Adv. No. 25-01010-CMA

Chapter: 13

ORDER GRANTING MOTION FOR STAY PENDING APPEAL

THIS MATTER comes before the Court on Plaintiff Gary Rosenthal's Motion for Stay Pending Appeal against Defendants NewRez, LLC, d/b/a Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC (collectively, "Defendants"). The Court, having reviewed Plaintiff's motion, response and reply with supporting declarations, with the record in this case, and applicable law, and having found good cause, incorporates the

1

ORDER GRANTING MOTION FOR STAY PENDING APPEAL

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

findings of fact and conclusions of law stated on the record, and hereby,

ORDERS that a Stay Pending Appeal is Granted and that all Defendants, and all persons acting in concert or participation with them, are restrained and enjoined from recording the trustee's deed, transferring, encumbering, or otherwise taking any action that affects title to the real property located at 20228 23rd Place NW, Shoreline, Washington (the "Property").

THE COURT FURTHER ORDERS THAT the Stay goes into effect immediately and that Plaintiff Gary Rosenthal will need to convert his preliminary injunction bond with rider in the amount of $43,000 in favor of Buda Hill, LLC and Eastside Funding, LLC into an appeals bond for that same amount.

THE COURT FURTHER ORDERS THAT the Agreed Order Extending the Preliminary Injunction, entered on April 17, 2025 that expires on May 7, 2025 is extended to May 10, 2025 at 5:00 pm Pacific Time to allow the Plaintiff time to convert the bond.

THE COURT FURTHER ORDERS that this Appeal Bond will not expire until all appeals are completed in this matter and any mandate is issued.

/ / End of Order / /

Presented by:

DEVLIN LAW FIRM LLC

By: _s/ Christina L Henry_
    Christina L Henry, WSBA #31273
    6100 219th St SW, Ste 480
    PMB 398
    Seattle, WA 98043-2222
    chenry@devlinlawfirm.com
    Tel# 206-319-0077

2

ORDER GRANTING
MOTION FOR STAY PENDING
APPEAL

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

Case 25-01010-CMA    Doc 82-2    Filed 04/27/25    Ent. 04/27/25 15:36:40    Pg. 2 of 2