The Honorable Christopher M. Alston

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: <br><br> Gary Rosenthal <br><br> Debtor. | Case No. 24-12397 - CMA <br><br> Adv. No. 25-01010-CMA <br><br> Chapter 13 |
| Gary Rosenthal, <br><br> *Plaintiff,* <br><br> v. <br><br> NewRez, LLC, d/b/a Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC, <br><br> *Defendants.* | AMENDED DECLARATION OF GARY ROSENTHAL IN SUPPORT OF MOTION FOR STAY PENDING APPEAL |

AMENDED DECLARATION OF GARY ROSENTHAL IN SUPPORT OF STAY PENDING APPEAL

DEVLIN LAW FIRM LLC
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

Case 25-01010-CMA    Doc 88    Filed 04/27/25    Ent. 04/27/25 17:48:35    Pg. 1 of 3

I, Gary Rosenthal, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I have lived at my home in Seattle, Washington, for approximately fifteen (15) years. I first lived there alone, later with my daughter, and—for the last seven years—with my elderly parents.

2. My father (then age 90) and mother (age 86) moved in with me in late 2016 because they were afraid of institutional care. I became their full-time caregiver, transporting them to medical appointments and assisting with daily activities.

3. I am a marine scientist. COVID-19 halted field contracts and forced me to stop working; after that, my only support came from my parents.

4. My father died in 2019, and my mother in October 2023. Their deaths ended the financial help they had been providing since roughly 2019 to cover the mortgage and household expenses.

5. My mother left an annuity located in Pennsylvania. Probate delays extended far beyond the expected 30 days, creating a cash-flow crisis that prevented me from keeping mortgage payments current.

6. Early in the foreclosure process, I sought a loan from my personal bank (U.S. Bank) but was refused because the loan was already in foreclosure, as a result of this, I spoke with no other lenders.

7. Overwhelmed by grief and caregiver exhaustion, and in despair about what to do, I did not understand my legal options. I learned the house had been sold only when my sister notified me after the auction; she helped me obtain counsel, and I filed Chapter 13 on September 24, 2024—about one hour before the trustee's deed was physically delivered or recorded.

8. I did not realize that I still owned the home or had any power to halt the foreclosure once the trustee's sale process began. I assumed foreclosure stripped my ownership rights and made new financing impossible.

9. Because of that misunderstanding, I focused on probate proceeds that I was repeatedly told by the annuity company were "imminent," lacked a cell phone or computer, was often unreachable, and did not learn the exact sale date until my sister telephoned me after the auction had already occurred.

1

AMENDED DECLARATION OF GARY
ROSENTHAL IN SUPPORT OF STAY
PENDING APPEAL

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

Case 25-01010-CMA    Doc 88    Filed 04/27/25    Ent. 04/27/25 17:48:35    Pg. 2 of 3

10. I have obtained a conditional reverse-mortgage commitment that will pay off all claims if I retain title; funding is contingent on the resolution of this litigation. *See* Exhibit A attached hereto.

11. Since filing, I have paid $43,000 for an all-cash bond to secure the preliminary injunction through May 7, 2025. I was not able to secure any other type of bond after much effort, as I detailed in my prior declaration in support of the Preliminary Injunction bond (Dkt. No. 36), I was only able to obtain an all-cash bond.

12. I will pay the first-quarter 2025 property taxes no later than April 30, 2025, and I will continue to pay all property taxes as they come due for the duration of this appeal. Additionally, I have current hazard insurance on the property and will continue to pay that while this case is on appeal. *See* Exhibit B attached hereto.

13. I currently hold approximately $20,000 in estate proceeds, received post-petition, which I can dedicate as further security during the appeal.

14. This house is my only residence and the place where my parents spent their final years. Losing it would devastate me and my daughter emotionally and financially; we have no alternative housing.

15. Because I am retired and subsist on about $2,100 per month in Social Security and a limited quarterly annuity from inheritance. I cannot obtain a commercial supersedeas bond for the full purchase price; surety companies require dollar-for-dollar collateral that I do not possess.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on April 27, 2025, at Shoreline, Washington.

*/s/ Gary Rosenthal*
Gary Rosenthal

2

AMENDED DECLARATION OF GARY ROSENTHAL IN SUPPORT OF STAY PENDING APPEAL

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

Case 25-01010-CMA    Doc 88    Filed 04/27/25    Ent. 04/27/25 17:48:35    Pg. 3 of 3