# EXHIBIT A

# CONDITIONAL LOAN APPROVAL

INITIAL ACTION: 01/10/2025    **UPDATED: March 14, 2025**

## Loan Details

| | |
|---|---|
| LENDER: **New American Funding, LLC** | PARTNER LOAN NUMBER: **6600025845** |
| LOAN PROGRAM: **HomeSafe LESA** | FHA CASE NUMBER: **N/A** |
| TRANSACTION TYPE: **HOME SAFE Refinance** | FHA CASE NUMBER ASSIGNED: |
| LINK LOAN NUMBER: **6600025845** | MARGIN: **N/A** |

## Borrower & Property Information

| | |
|---|---|
| BORROWER(S): **Gary Scott Rosenthal** | PROPERTY ADDRESS: **20228 23rd Pl NW** <br> **Shoreline, WA 98177** |
| DATE OF BIRTH(S): **01/07/1959** | PROPERTY TYPE: **Single Family Detached** |
| COUNTY: **KING** | # OF UNITS: **1** |

## Loan Information

| APPLICATION DATE: **12/09/2024** | SALES PRICE: **N/A** | APPRAISED VALUE: **1,350,000.00** | MAXIMUM CLAIM AMOUNT: **1,350,000.00** |
|---|---|---|---|
| COUNSELING EXPIRATION DATE: **06/28/2025** | | | |

## Expiration Dates / Loan Contacts

| Expiration Dates | Loan Contacts | |
|---|---|---|
| APPRAISAL EXPIRES: **05/07/2025** | LOAN OFFICER: **Marcus Quintana** | BROKER PROCESSOR: **Kristin Yates** |
| CREDIT EXPIRES: **04/26/2025** | CLIENT NAME: **New American Funding, LLC** | UNDERWRITER: **Breanne Leivan** |
| TITLE EXPIRES: **04/10/2025** | AE: **Adam Potafiy** | CLOSER: |
| PLL EXPIRATION: | UW SUPPORT: **Tonya Tow Burch** | FUNDER: |

## FA Information

| | |
|---|---|
| CREDIT: **FAIL** | FINANCIAL ASSESSMENT RESULT: **FAIL** |
| INCOME: **FAIL** | LESA RESULT: **Fully Funded** |
| PROPERTY CHARGES: **PASS** | |

## LOAN CONDITIONS

### PRIOR TO CLOSE

| | Description | Type | Cleared | Date Cleared |
|---|---|---|---|---|
| 100 | Borrower has a Chapter 13 bankruptcy. Provide the following: 1. Court-approved payment plan and payment history (borr. must pay off any liens against the property and any federal debt). 2. Provide written permission signed by the judge indicating that the borrower does not need to pay off the BK to proceed with the reverse mortgage. This permission must specify that the mortgage may be an adjustable rate mortgage. NOTE: Request that the court not specify a rate. Approval should stipulate "current market rate," or the current rate plus a stated percentage, such as "current adjustable rate plus 5%." If the court allows a lower rate than the current rate at closing, we cannot close on the loan. **- UW Comments -** \*\*\*UPDATE 3/14 BL:: 1. Provide written permission signed by the judge indicating that the borrower does not need to pay off the BK to proceed with the reverse mortgage. This permission must specify that the mortgage may be an adjustable rate mortgage. NOTE: Request that the court not specify a rate. Approval should stipulate "current market rate," or the current rate plus a stated percentage, such as "current adjustable rate plus 5%." If the court allows a lower rate than the current rate at closing, we cannot close on the loan. | Prior to Close | | |
| 101 | (US) Provide the following to verify income: most recent bank statement showing receipt of social security income (statement provided is aged) | Prior to Close | X | 01/29/2025 |
| 102 | Insurance agent to complete Verification of Insurance form or provide the prior policy period dec page. | Prior to Close | X | 01/28/2025 |
| 103 | Provide a letter of explanation regarding the following derogatory credit: Open Bankruptcy, Notice of Trustee sale on title, and overdue amount for Shellpoint #4344 on mortgage statement (Note: LESA required) | Prior to Close | X | 01/29/2025 |
| 104 | (US) Provide a letter of explanation for the following addresses and confirm any ownership interest exists: 11714 4th Ave NW, Seattle WA 98177 | Prior to Close | X | 01/28/2025 |




Mortgage Cadence Document Center © 10607 03/22

| # | Condition | Timing | X | Date |
|---|-----------|--------|---|------|
| 110 | (US) Provide Evidence of Insurance reflecting FAR's mortgagee clause & loan number or PA's mortgagee clause. Provide annual premium, deductible, and policy dates. Must be good through 60 days. - Minimum Dwelling Coverage $800,000<br>NOTE: Policies that exclude standard covered perils are not acceptable: i.e. wind or hail **- UW Comments -** **UPDATE 3/11 BL: In order to accept RCE on new policy, correct the following: full basement, 2 bathrooms, no AC, 3 car garage, include debris removal. | Prior to Close | X | 03/14/2025 |
| 120 | (US) Provide a legible social security number exhibit for Gary (underwritten as 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) | Prior to Close | X | 01/28/2025 |
| 121 | (US) Borrower signed Certificate same date as Counseling, but session was completed via Telephone. Document same-day delivery to Borrower. | Prior to Close | X | 01/29/2025 |
| 122 | (US) Provide fully executed HomeSafe Applicant Certification of HECM Counseling | Prior to Close | X | 01/28/2025 |
| 123 | (US) Provide the following MISSING disclosures:<br>*Privacy Notice (Must be Principal Agents version, cannot reflect Finance of America),<br>*Certification of Property Owners,<br>*Lines of Credit Attached to the Subject Property,<br>*FHA-Insured HECM Products Disclosure,<br>*Property Charges Set Aside and Increase in Estimated Interest Rate Disclosure **- UW Comments -** *Update 1/28 AH: pending Privacy Notice (Must be Principal Agents version, cannot reflect Finance of America) | Prior to Close | X | 02/19/2025 |
| 124 | (US) Provide all of the following disclosures that are to be CORRECTED or COMPLETED (all disclosures must be completed in full/no blanks and executed by all applicable parties. Any corrections or completions to be initialed by the Borrower(s): 4506-C (Section 1b-SSN to be completed) | Prior to Close | X | 01/28/2025 |
| 125 | (US) Borrower to confirm they would like all funds at closing. If a reduction is requested the PL reduction disclosure will be required and a MGMT review is needed. | Prior to Close | X | 01/28/2025 |
| 126 | (US) Provide evidence that case number 566-4101851 has been cancelled | Prior to Close | | |
| 130 | (US) Title to reflect PA as insured for insured amount $1,350,000 | Prior to Close | X | 01/28/2025 |
| 131 | (US) Title to clear #20 on title in regards to tax statement or title to verify that tax statement has been reviewed and if additional requirements are needed | Prior to Close | X | 01/28/2025 |
| 132 | (US) Provide current payoffs for the following liens reflected on title: Shellpoint #0684754334 **- UW Comments -** ***UPDATE 2/26 BL: Transferred to Eastside Funding #0610. Payoff provided is good through 3/7/2025. Condition will remain open until CTC | Prior to Close | | |
| 133 | Title Company to provide a copy of the recorded easement for subjects Private Road/Shared Driveway **- UW Comments -** ***UPDATE 1/29 BL:<br>1. Attached appears to be a payoff and not an easement. Provide copy of easement<br>2. Provide clarification what payoff is for, as it does not match lien on title. Additional conditions may apply.***UPDATE 2/6 BL:<br>1. Both attached recorded docs do not appear to address an easement. Provide copy of easement or highlight on provided docs where easement reference is<br>2. Provide clarification what payoff is for, as it does not match lien on title. Additional conditions may apply.**2/12 AROSE: STILL NEED ABOVE<br>**UPDATE 2/19 BR-<br>1.) Subject is on a private road., but the street address is a pulic road. Title to verify the Situs address of the subject property.<br>2.) Eastside Funding: PA to verify what Eastside Funding payoff is for? Eastide Funding is a hard money lender. Did the borrower obtain a new loan from Eastside Funding a payoff Shellpoint? Additional conditions may apply. | Prior to Close | X | 02/26/2025 |
| 140 | First Appraiser to address the following:<br>1. Provide additional closed comp with similar basement and site size due to across the board adjustments<br>2. Correct address for comp #4, 5 and 6 on location map and remove comp #7 **- UW Comments -**<br>**UPDATE 2/19 BR-<br>Subject is on a private road and lot is located behind another house. Appraiser to verify subject has proper ingree and egress via the private road. Appraiser also to verify the address contains a road that is a public road, but the subject actually resieds on the private road. Appraiser to verify if the location of the property effects the value and marketabilit of the property. Additional condiitons may apply. | Prior to Close | X | 02/26/2025 |




Mortgage Cadence Document Center © 10607 03/22

| | Description | Type | Cleared | Date Cleared |
|---|---|---|---|---|
| 149 | (US) Provide certification of appraisal delivery for all valuations. Loan is subject to ECOA waiting period for closing unless borrower waived at the time of application. **- UW Comments -** **Update 1/28 AH: Appraisal delivery acceptable- once CDA received in 150, CDA to be delivered and wait to close begins | Prior to Close | X | 02/18/2025 |
| 150 | (US) FAR to order CDA report **- UW Comments -** **Ordered 1/28 AH | Prior to Close | X | 01/29/2025 |
| 160 | **UPDATE 2/26 BL: Per transfer to new lender for mortgage being paid off, payoff amount drastically increased leading to short to close amount. Provide sufficient funds to close supporting a minimum of $503,442, document source of funds for large deposits. | Prior to Close | | |

## AT CLOSING

| | Description | Type | Cleared | Date Cleared |
|---|---|---|---|---|
| 200 | The following items to be paid in full at closing: Eastside Funding #0610 | At Closing | | |
| 201 | Borrower can close xx/xx based on ECOA timing requirements for appraisal delivery | At Closing | | |
| 202 | Earliest Close Date 2/17/25 (HOI Effective) | At Closing | | |
| 203 | Closer: Verify that the file is not located in a disaster area that has been declared since the file was approved. | At Closing | | |
| 204 | Disclosures/LOE's to be provided with closing package: 4506-C Section 1b to be initialed at closing | At Closing | | |
| 205 | Collect HOI Premium $1,258.76 | At Closing | | |

## PRIOR TO FUND

| | Description | Type | Cleared | Date Cleared |
|---|---|---|---|---|
| 300 | Funder: Verify that the file is not located in a disaster area that has been declared since the file was approved. | Prior to Fund | | |
| 301 | Disclosures/LOE's to be signed and dated at closing: 4506-C Section 1b to be initialed at closing | Prior to Fund | | |

## INTERNAL NOTES

| | Description | Type | Cleared | Date Cleared |
|---|---|---|---|---|
| 500 | Complete the following at CTC. 1. FEMA disaster check 2. MERS check 3. Pull Gap/UDM report, if Proprietary for UW review | Internal Notes | | |

**UNDERWRITER SIGNATURE:** _____

Origination Company: **New American Funding, LLC**
    NMLSR ID: **6606**
Originator: **Marcus Quintana**
    NMLSR ID: **1184586**
Lender: **New American Funding, LLC**
    NMLSR ID: **6606**




Mortgage Cadence Document Center © 10607 03/22

# REVERSE MORTGAGE LOAN COMPARISON

Loan #: **6600025845**

Borrower(s): **Gary Scott Rosenthal**
Lender: **Marcus Quintana, New American Funding, LLC**
Phone #: **(206) 853-8680**
Property Address: **20228 23rd Pl NW, Shoreline, WA 98177**

Date Prepared: **March 14, 2025**
Estimated Closing Date: **March 21, 2025**
DOB (Youngest Bwr): **01/07/1959**
PLU Percentage: **81.64%**

| Product Name | HomeSafe LESA | Fixed | Monthly CMT Cap5 | Monthly CMT Cap10 |
|---|---|---|---|---|
| **Margin** | **N/A** | N/A | 2.375% | 2.500% |
| Initial Interest Rate Index | N/A | N/A | 4.050% | 4.050% |
| **Initial Interest Rate** | **9.490%** | 7.810% | 6.375% | 6.500% |
| **Expected Interest Rate** | **N/A** | 7.810% | 6.625% | 6.750% |
| Lifetime Cap on Initial Interest Rate | N/A | N/A | 11.375% | 16.500% |
| Annual MIP | N/A | 0.500% | 0.500% | 0.500% |
| Expected Interest Rate Index | N/A | N/A | 4.250% | 4.250% |
| Monthly Servicing Fee | $0.00 | $0.00 | $0.00 | $0.00 |
| **Home Value** | **$1,350,000.00** | $1,350,000.00 | $1,350,000.00 | $1,350,000.00 |
| **Max Loan Amount/Max Claim Amount** | **$1,350,000.00** | $1,209,750.00 | $1,209,750.00 | $1,209,750.00 |
| **Principal Limit (Gross Proceeds)** | **$480,600.00** | $376,232.25 | $431,880.75 | $425,832.00 |
| Initial Mortgage Insurance Premium (MIP) | $0.00 | $24,195.00 | $24,195.00 | $24,195.00 |
| IMIP % | **0.000%** | 2.000% | 2.000% | 2.000% |
| Origination Fee | $10,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| Third Party Fees | $6,482.76 | $5,249.00 | $5,249.00 | $5,249.00 |
| Credit | $0.00 | $0.00 | $0.00 | $0.00 |
| **Remaining Principal Limit** | **$464,117.24** | $340,788.25 | $396,436.75 | $390,388.00 |
| **Required Payoffs (Mortgages/Liens)** | **$879,314.12** | $879,314.12 | $879,314.12 | $879,314.12 |
| **Property Tax & Insurance Set-Aside** | **Fully Funded** | None | None | None |
| 1st Year Set-Aside | $4,085.40 | $3,864.24 | $3,864.24 | $3,864.24 |
| After 1st Year Set-Aside | $84,159.24 | $43,377.93 | $43,377.93 | $43,377.93 |
| Total Set-Aside | $88,244.64 | $47,242.17 | $47,242.17 | $47,242.17 |
| Total Mandatory Obligations | N/A | $918,622.36 | $918,622.36 | $918,622.36 |
| Mandatory Obligations % | N/A | 244.164% | 212.703% | 215.724% |
| Total Non-Mandatory Obligations | $0.00 | $0.00 | $0.00 | $0.00 |
| **Cash Available at Closing** | **-$503,441.52** | -$585,768.04 | -$530,119.54 | -$536,168.29 |
| **Initial Cash Requested** | **$0.00** | $0.00 | $0.00 | $0.00 |
| **Cash Due from Borrower** | **$503,441.52** | $585,768.04 | $530,119.54 | $536,168.29 |
| **Total Line of Credit Available** | **$0.00** | $0.00 | $0.00 | $0.00 |
| LOC Limit Year 1 | N/A | $0.00 | $0.00 | $0.00 |
| Requested LOC Year 1 | N/A | $0.00 | $0.00 | $0.00 |
| Additional Line of Credit After 1st Year | N/A | $0.00 | $0.00 | $0.00 |
| **Initial Line of Credit Growth Rate** | **N/A** | N/A | 6.875% | 7.000% |
| Monthly Payments to Borrower | N/A | N/A | $0.00 | $0.00 |
| Payment Plan Selected | **Lump Sum** | Lump Sum | N/A | N/A |
| 1st Year Payments to Borrower | N/A | N/A | $0.00 | $0.00 |
| After 1st Year Payments to Borrower | N/A | N/A | $0.00 | $0.00 |
| **Duration in Months** | **N/A** | N/A | N/A | N/A |
| **Unavailable Principal Limit** | **N/A** | $0.00 | $43,377.93 | $43,377.93 |
| Initial Loan Amount | $392,355.36 | $328,990.08 | $384,638.58 | $378,589.83 |
| Principal Limit Utilization % | 81.639% | 87.443% | 89.061% | 88.906% |
| Initial Disbursement Limit | N/A | $332,854.32 | $388,502.82 | $382,454.07 |
| Initial Disbursement Limit % | N/A | 88.4704% | 89.956% | 89.8134% |




# REVERSE MORTGAGE LOAN COMPARISON

Loan #: **6600025845**

Please be advised that these numbers are estimates ONLY. The assumptions upon which they are based are subject to change, including the current interest rate and the estimated closing date. Other factors, including the youngest borrower's date of birth and the Maximum Claim Value may affect the amounts shown.

_____

Borrower - **Gary Scott Rosenthal**          Date




| HECM FINANCIAL ASSESSMENT WORKSHEET | FHA CASE NO. |
|---|---|
| **MORTGAGOR NAME**<br>Gary Scott Rosenthal | **MORTGAGOR NAME** |
| **PROPERTY STREET ADDRESS**<br>20228 23rd Pl NW | **PROPERTY CITY, STATE, ZIP CODE**<br>Shoreline, WA 98177 |

### SECTION A: PROPERTY CHARGE PAYMENT HISTORY

| PROPERTY CHARGE | CURRENT | DELINQUENT IN LAST 24 MONTHS |
|---|---|---|
| **REAL ESTATE TAXES** | [X] YES   [ ] NO | [ ] YES   [ ] NO |
| **OTHER ASSESSMENTS** | [ ] YES   [ ] NO | [ ] YES   [ ] NO |
| **HOA/PUD/CONDO FEES** | [ ] YES   [ ] NO | [ ] YES   [ ] NO |

| | |
|---|---|
| **HAZARD/HOMEOWNERS INSURANCE IN PLACE FOR LAST 12 MONTHS** | [ ] YES  [X] NO |
| **FLOOD INSURANCE IN PLACE FOR LAST 12 MONTHS** | [ ] YES   [ ] NO     [X] N/A |

### SECTION B: CREDIT HISTORY

| INSTALLMENT CREDIT ACCOUNT | NUMBER OF DELINQUENT PAYMENTS LAST 24 MONTHS | | |
|---|---|---|---|
|  | 30 DAY | 60 DAY | 90 DAY |
| EASTSIDE FUNDING (Transferred from Shellpoint) |  |  |  |

| REVOLVING CREDIT ACCOUNT | NUMBER OF DELINQUENT PAYMENTS LAST 12 MONTHS | | |
|---|---|---|---|
|  | 30 DAY | 60 DAY | 90 DAY |
|  |  |  |  |

### SECTION C: ASSETS

| ASSET ACCOUNT | minus | MORTGAGOR FUNDS NEEDED TO CLOSE | NET VALUE |
|---|---|---|---|
|  |  |  |  |


Mortgage Cadence Document Center © 13335 12/21



Page 1 of 6

## SECTION D: CALCULATION OF IMPUTED INCOME FROM ASSET DISSIPATION

| ASSET ACCOUNT | NET VALUE | | % VALUE | | DISCOUNTED VALUE |
|---|---|---|---|---|---|
| **LUMP SUM DISTRIBUTION** | $0.00 | X | % | = | $0.00 |
| **RETIREMENT ASSETS** | $0.00 | X | % | = | $0.00 |
| **ANNUITIES** | $0.00 | X | % | = | $0.00 |
| **NON-RETIREMENT ASSETS** | $0.00 | X | % | = | $0.00 |
| **CHECKING/SAVINGS** | $0.00 | X | % | = | $0.00 |
| **TOTAL DISCOUNTED VALUE OF ASSETS** | | | | | $0.00 |
| *divided by* **LIFE EXPECTANCY OF YOUNGEST MORTGAGE IN MONTHS (LIFE EXPECTANCY X 12)** | | | | | 216 Months |
| *equals* **TOTAL IMPUTED MONTHLY INCOME FROM ASSETS** | | | | | $0.00 |

## SECTION E: CALCULATION OF MAINTENCE AND UTILITY EXPENSES

| | SQUARE FEET OF GROSS LIVING AREA ABOVE GRADE | 1,698.00 |
|---|---|---|
| *multiplied by* | $0.14 | X 0.14 |
| *equals* | MONTHLY MAINTENANCE AND UTILITY EXPENSES | $ 237.72 |

## SECTION F: MONTHLY EFFECTIVE INCOME

| MONTHLY INCOME SOURCE | AMOUNT | MONTHLY INCOME SOURCE | AMOUNT |
|---|---|---|---|
| **EMPLOYMENT** | $0.00 | **ASSET DISSIPATION** | $0.00 |
| **PENSION/RETIREMENT** | $0.00 | | |
| **SOCIAL SECURITY** | $2,366.70 | | |
| **RENTAL INCOME** | $0.00 | | |
| **TOTAL MONTHLY EFFECTIVE INCOME FROM ALL SOURCES:** | | | $2,366.70 |

## SECTION G: MONTHLY PROPERTY CHARGES

| PROPERTY CHARGE | ANNUAL AMOUNT | DIVIDED BY | EQUALS | MONTHLY AMOUNT |
|---|---|---|---|---|
| **REAL ESTATE TAXES** | $2,826.81 | 12 | = | $235.56 |
| **HAZARD/HOMEOWNERS INSURANCE** | $1,258.76 | 12 | = | $104.89 |
| **FLOOD INSURANCE** | $0.00 | 12 | = | $0.00 |
| **HOA/PUD/CONDO FEES** | $0.00 | 12 | = | $0.00 |
| **OTHER (describe)** | $0.00 | 12 | = | $0.00 |
| **OTHER (describe)** | $0.00 | 12 | = | $0.00 |
| **TOTAL MONTHLY PROPERTY CHARGES:** | | | | $340.45 |

## SECTION H: OTHER MONTHLY EXPENSES

| MONTHLY EXPENSE SOURCE | OUTSTANDING BALANCE | MONTHLY PAYMENT |
|---|---|---|
| **INCOME TAXES** | ▮▮▮ | $0.00 |
| **FICA** | ▮▮▮ | $0.00 |
| **INSTALLMENT ACCOUNTS** | | $0.00 |
| **REVOLVING ACCOUNTS** | | $0.00 |
| **ALIMONY AND CHILD SUPPORT** | ▮▮▮ | $0.00 |
| **MAINTENANCE AND UTILITIES** | ▮▮▮ | $237.72 |
| **JUDGMENT PAYMENTS** | ▮▮▮ | $0.00 |
| **BANKRUPTCY PAYMENTS** | ▮▮▮ | $0.00 |
| **EASTSIDE FUNDING (Transferred from Shellpoint) (Mortgage)** | $879,314.12 | $3,496.63 |
| **TOTAL OTHER MONTHLY EXPENSES:** | | $1,547.72 |




| SECTION I: RESIDUAL INCOME | |
|---|---:|
| **TOTAL MONTHLY EFFECTIVE INCOME FROM ALL SOURCES** | $2,366.70 |
| *minus* **TOTAL MONTHLY PROPERTY CHARGES** | $340.45 |
| *minus* **TOTAL OTHER MONTHLY EXPENSES** | $1,547.72 |
| *equals* **MONTHLY RESIDUAL INCOME** | $478.53 |

| SECTION J: RESIDUAL INCOME SHORTFALL | | | |
|---|---|---|---:|
| **HOUSEHOLD SIZE 1** | **REGION** West | **REQUIRED RESIDUAL INCOME** | $ 589.00 |
| *minus* | | **MORTGAGOR RESIDUAL INCOME** | $ 478.53 |
| *equals* | | **RESIDUAL INCOME SHORTFALL \*** <br> * If negative number, enter zero | $ 110.47 |

| SECTION K: MONTHLY PROPERTY TAXES AS % OF MONTHLY INCOME | |
|---|---:|
| **TOTAL MONTHLY PROPERTY TAXES** | $ 235.56 |
| *divided by* **TOTAL MONTHLY EFFECTIVE INCOME FROM ALL SOURCES** | $ $2,366.70 |
| *equals* | 9.953 % |



## SECTION L: EXTENUATING CIRCUMSTANCES

**Full LESA applied due to currently open bankruptcy, notice of trustee sale and current past due amount on mortgage.**

## SECTION M: COMPENSATING FACTORS

**Property charges backed out to support sustainability.**

## RESULTS OF FINANCIAL ASSESSMENT

| | | | |
|---|---|---|---|
| **PROPERTY CHARGE PAYMENT HISTORY** | ACCEPTABLE | [X] YES | [ ] NO |
| **CREDIT HISTORY** | ACCEPTABLE | [ ] YES | [X] NO |
| **RESIDUAL INCOME** | ACCEPTABLE | [ ] YES | [X] NO |
| **FULLY FUNDED LIFE EXPECTANCY SET-ASIDE REQUIRED** | YES [X]  NO [ ] | AMOUNT $88,244.64 | |
| **PARTIALLY FUNDED LIFE EXPECTANCY SET-ASIDE REQUIRED** | YES [ ]  NO [X] | AMOUNT $ | |
| **FULLY FUNDED BORROWER ELECTED** | YES [ ]  NO [X] | AMOUNT $ | |

**UNDERWRITER ANALYSIS**
**UNDERWRITING ANALYSIS:   · LESA: Full LESA    · Income: Social Security was verified with 2025 award letter. Income taxes calculated from tax website based off 50% of income per guidelines.    · Credit: Fail    · Property**




| charges: Tax history passes. Need HOI history . T&I are escrowed but history required due to late mortgage payments.   · Collateral (Subject Property): Is acceptable - 2nd appraisal required |||
|---|---|---|
| **DE UNDERWRITER CHUMS ID**<br>**GF10** | **DE UNDERWRITER SIGNATURE** | **DATE**<br>**01/10/2025** |




# Addendum to Residential Loan Application for Reverse Mortgages

Loan Number: **6600025845**  Date: **March 14, 2025**

Borrower(s): **Gary Scott Rosenthal**

Property Address: **20228 23rd Pl NW, Shoreline, WA 98177**

Lender: **New American Funding, LLC**

__1__  Number of individuals occupying, or that will occupy the subject property.

| Monthly Income - Borrower | | Monthly Income - Co-Borrower | |
|---|---|---|---|
| Base Employment* | $0.00 | Base Employment* | $0.00 |
| Overtime | $0.00 | Overtime | $0.00 |
| Bonuses | $0.00 | Bonuses | $0.00 |
| Commissions | $0.00 | Commissions | $0.00 |
| Rental Income | $0.00 | Rental Income | $0.00 |
| Other | $2,366.70 | Other | $0.00 |
| **Total** | **$2,366.70** | **Total** | **$0.00** |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| Borrower Assets | | | | CoBorrower Assets | | | |
|---|---|---|---|---|---|---|---|
| Bank Name | Account Type | Bank Acct # | Bank Acct Amt | Bank Name | Account Type | Bank Acct # | Bank Acct Amt |

| Borrower Liabilities | | | | | CoBorrower Liabilities | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Company Name | Liability Type | Monthly Pmt | Balance | Delinquency 12 Months | Company Name | Liability Type | Monthly Pmt | Balance | Delinquency 12 Months |
| EASTSIDE FUNDING (Transferred from Shellpoint) | Mortgage | $3,496.63 | $879,314.12 | - | | | | | |
| BANKRUPTCY | Other Liabilities | $1,310.00 | $0.00 | - | | | | | |

| Borrower Other Expenses | | CoBorrower Other Expenses | |
|---|---|---|---|
| Other Expense Type | Other Expense Monthly Pmt | Other Expense Type | Other Expense Monthly Pmt |
| Federal Tax Expenses | $0.00 | | |
| State Tax Expenses | $0.00 | | |

| Schedule of Real Estate Owned*** | | | | | | |
|---|---|---|---|---|---|---|
| Property Address (Enter S if sold, PS if pending sale, or R if rental being held for income) | Present market value | Amount of Existing Liens and/or Mortgages | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes, Misc. Expenses | Net Rental Income |
| 20228 23rd Pl NW Shoreline, WA 98177 | $1,350,000.00 | $879,314.12 | | | | |

***If additional properties are owned, use continuation sheet.




Mortgage Cadence Document Center © 2316 5/16  Page 1 of 2

| Other Income - Borrower | | Other Income - Co-Borrower | |
|---|---|---|---|
| Other Income Desc | Other Inc Monthly Amt | Other Income Desc | Other Inc Monthly Amt |
| Social Security/Disability Income | $2,366.70 | | |

Acknowledgment: Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors, and assigns, may verify or re- verify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United State Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers, and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| **X** | | **X** | |



Mortgage Cadence Document Center © 2316 5/16     Page 2 of 2

# Cash Flow Summary and Underwriting Analysis

| | | | |
|---|---|---|---|
| Total Monthly Effective Income | **$2,366.70** | Total Monthly Effective Income w/Com Factors | **$2,366.70** |
| Minus Total Mo. Property Charges | **$340.45** | Minus Adjusted Total Mo. Property Charges | **$0.00** |
| Minus Total Other Mo. Expenses | **$1,547.72** | Minus Total Other Mo. Expenses | **$1,547.72** |
| Monthly Residual Income | **$478.53** | Monthly residual Income | **$818.98** |
| Geographic Requid' Residual Income | **$589.00** | Geographic Reqd' residual Income | **$589.00** |
| % of Residual Income Fulfilled | **0.00%** | Percent of RI Fulfilled w/comp factors | **139%** |
| Residual Income Shortfall | **$110.47** | Residual Income Shortfall after Comp Factors | **$0.00** |
| | | Youngest Borr Life Expectancy In Months | **216** |
| | | Net Principal Limit | **$0.00** |
| | | Initial Cash to Borrower | **$0.00** |

**Compensating Factors:**
Property charges backed out to support sustainability.

**Extenuating Circumstances:**
Full LESA applied due to currently open bankruptcy, notice of trustee sale and current past due amount on mortgage.

**Underwriting Analysis/Notes:**
UNDERWRITING ANALYSIS:   · LESA: Full LESA      · Income: Social Security was verified with 2025 award letter. Income taxes calculated from tax website based off 50% of income per guidelines.           · Credit: Fail   · Property charges: Tax history passes. Need HOI history . T&I are escrowed but history required due to late mortgage payments.       · Collateral (Subject Property): Is acceptable - 2nd appraisal required


Mortgage Cadence Document Center © 13091 06/20

1 of 1

