# EXHIBIT B

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
Evidence Of Insurance

___

Policy Number: ▮▮▮▮1452
First Mortgagee Loan Number : 6▮▮▮▮5845

**Insured's Information**
    GARY ROSENTHAL
    20228 23RD PL NW
    SHORELINE , WA  98177

___

**Location of property insured**
    20228 23RD PL NW
    SHORELINE , WA  98177

___

**Mortgagees (listed in order of precedence)/Additional Interested Parties**

    NEW AMERICAN FUNDING LLC ISAOA ATIMA
    P O BOX 5071
    TROY , MI  48007

___

Policy period beginning on 02/17/2025 through 02/17/2026 at 12:01 A.M. Standard Time.

___

**Coverage detail for the property insured**

POLICY TYPE -  House  &  Home

| | |
|---|---|
| Policy Limit of Liability | |
| Section I Dwelling Protection | $500000 |
| Section I Optional/Increased Coverages | |
| Building Structure Reimbursement Extended Limits (Dwelling & Other Structures) | INCL |
| | |
| Total Annual Policy Premium | $1258.76 |
| Amount Paid: | C.O.D. |
| Replacement Cost up to the Dwelling Covg Limits | |
| Personal Property Reimbursement | |

___

**Deductibles**
$500   Water Back-Up
$10000   Windstorm and Hail
$10000   to loss to the covered property from all other perils

___

**Provisions:**
This Evidence of Insurance is issued as a matter of information only and confers no rights upon the additional interest named below. This Evidence of Insurance does not amend, extend or alter the coverage afforded by the policies above. This form is not the contract of insurance. The provisions of the policy shall prevail in all respects.

All premiums for the insurance policy shall be computed in accordance with Allstate's rules, forms, premiums and minimum premiums applicable to the insurance afforded which are in effect at the inception of the insurance and upon each anniversary thereof, including the date of interim changes.

It is understood that if this insurance protection terminates for any reason, due notice will be given to the insured, to the mortgagee, and to all other interested parties in accordance with the standard

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
Evidence Of Insurance

___

Policy Number: ████1452

mortgagee clause.

A copy of the Policy Declarations reflecting the annual premium will be sent, if required, to the mortgagee and to any other interested parties.

Date: 02/10/2025

Countersigned at: Bothell

Authorized Agent:
The Stenmoe Agency
18223 102nd AVE NE   Suite A
Bothell , WA   98011
PH 425.486.8135
TOLL F 888.542.9558

*Rachel Scanlan*
_____
Agent Signature

Note.) Policy includes extended replacement at 120%.
___

Lenders :

Please do not make a payment from this document. Only pay from a policy invoice. All payments should be forwarded to:

Lender Relations
P. O. Box 660649
Dallas, TX 75266

Lender Relations Overnight Address :
Lender Relations
8711 Freeport Parkway North
Mail Station 4A
Irving, TX 75063

# Home Owner Report        ESTIMATE-496654354

Allstate 

## General Information

| | |
|---|---|
| Policy Number: | ESTIMATE-496654354 |
| Property Address: | 20228 23rd Pl NW |
| | Shoreline, WA |
| | 98177 |
| Estimate Date: | 1/28/2025 |
| Style: | 1 Story |
| Site Access: | Flat Area/Easy Access Roads |
| Finished Floor Area: | 1700 Square Feet |
| # of Families: | 1 |

## Valuation Totals Summary

Cost Data As Of 11/2024

**Coverage A**

    **Estimated Reconstruction Cost**                                         **$493,997**

## Building Description

**MainHome**

| | |
|---|---|
| Year Built: | 1969 |
| Reconstruction Method: | Standard |
| Number of Stories: | 1 |
| Total Living Area: | 1700 Square Feet |
| Finished Living Area: | 1700 Square Feet |
| Perimeter: | Rectangular or Slightly Irregular |
| Wall Height: | 8.00 Feet 100 % |

## Building Description (continued)

**Foundation/Basement**

*Foundation Type*

| | |
|---|---|
| Basement, Daylight | 70 % |
| Slab at Grade | 30 % |

*Foundation Materials*

| | |
|---|---|
| Concrete | 100 % |

*Basement Information*

| | |
|---|---|
| Basement Depth | 8 LF |
| Number of Basement Levels | 1 Cnt |
| Stairs, Basement, w/Railing | 1 Cnt |
| Standard Finish | 85 % |

## Materials

**Exterior Walls**

*Framing*

| | |
|---|---|
| Stud, 2" X 4" | 100% |

*Exterior Frame Walls*

| | |
|---|---|
| Siding, Clapboard | 100% |

**Roof**

*Roof Style/Slope*

| | |
|---|---|
| Gable, Slight Pitch | 100% |

*Roof Shape*

| | |
|---|---|
| Simple/Standard | 100% |

*Roof Cover*

| | |
|---|---|
| Shingles, Asphalt/Fiberglass | 100% |

**Exterior Features**

*Windows*

| | |
|---|---|
| Sash, Wood with Glass, Standard | 100% |

*Exterior Doors (Count)*

| | |
|---|---|
| Door, Wood, Exterior | 2Cnt |

**Partition Walls**

*Interior Wall Framing*

| | |
|---|---|
| Stud, 2" X 4" | 100% |

*Partitions*

| | |
|---|---|
| Drywall | 100% |

*Wall Coverings*

**Partition Walls**

*Wall Coverings*

| | |
|---|---|
| Paint | 95% |
| Wallpaper, Vinyl | 5% |

*Partition Specialties*

| | |
|---|---|
| Door, Hollow Core, Birch | 14Cnt |

*Ceiling Finish*

*Ceilings*

| | |
|---|---|
| Drywall | 100% |

**Floor Finish**

*Floor Cover*

| | |
|---|---|
| Carpet over Hardwood, Acrylic/Nylon | 6% |
| Carpet, Acrylic/Nylon | 61% |
| Hardwood | 18% |
| Tile, Ceramic | 5% |
| Vinyl | 10% |

**Heating & Cooling**

*Air Conditioning*

| | |
|---|---|
| Central Air Conditioning, Same Ducts | 100% |

*Heating*

| | |
|---|---|
| Heating, Gas Forced Air | 100% |

**Heating & Cooling**

*Heating*

**Interior Features**

*Staircases*

| | |
|---|---|
| Staircase, Straight, Softwood | 1Cnt |

*Fireplaces*

| | |
|---|---|
| Fireplace, Direct | 1Cnt |

**Garages & Carports**

*Basement Garages*

| | |
|---|---|
| Basement Garage, 2 Car | 1Cnt |

**Foundation/Basement**

*Foundation Type*

| | |
|---|---|
| Basement, Daylight | 70% |
| Slab at Grade | 30% |

*Foundation Materials*

| | |
|---|---|
| Concrete | 100% |

*Basement Information*

| | |
|---|---|
| Basement Depth | 8LF |
| Number of Basement Levels | 1Cnt |
| Stairs, Basement, w/Railing | 1Cnt |
| Standard Finish | 85% |

| Materials (continued) | |
|---|---|
| **Kitchens/Baths/Plumbing** | |
| *Kitchens - Complete* | |
| Kitchen, Builder's Grade | 1Cnt |
| *Bathrooms - Complete* | |
| Full Bath, Basic | 2Cnt |
| Half Bath, Basic | 1Cnt |
| **Superstructure/Framing** | |
| *Floor/Ceiling Structure* | |
| Wood Joists & Sheathing | 100% |
| *Roof Structure* | |
| Rafters, Wood with Sheathing | 100% |
| **Whole House Systems** | |
| *Electrical* | |
| 200 Amp Service, Standard | 100% |

## Disclaimer

The actual amount it will cost to replace your house cannot be known until after a covered total loss occurs because of factors we cannot determine at this time (such as market changes, cost of building materials, etc.). The information contained in this report is used for purpose of determining the minimum amount of dwelling coverage for which we will insure your property.

CoreLogic costs include labor and material, normal profit and overhead as of date of report. Costs represent general estimates that are not to be considered a detailed quantity survey. Copyright © 2025 CoreLogic, Inc. All rights reserved.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
WASHINGTON
EVIDENCE OF INSURANCE
PAYMENT NOTICE

Thank you for letting us serve your insurance needs. Please write The Evidence of Insurance number on your check or money order and make payable to: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY. Please return this notice with your payment to the Agent indicated below.

| | | | |
|---|---|---|---|
| NUMBER | : 864061452 | PREMIUM PERIOD | |
| DATE PAYMENT DUE | : 02/17/2025 | FROM: 02/17/2025 to 02/17/2026 | |
| PAY IN FULL THIS AMOUNT | : $1258.76 | | |

| | | | |
|---|---|---|---|
| Insured Person | : GARY ROSENTHAL | | |
| Address | : 20228 23RD PL NW | | |
| City | : SHORELINE | St. : WA | Zip Code : 98177 |

LOCATION OF PROPERTY
   SAME

Residence is of Frame (Not Otherwise Described) Construction and occupied by 1 Families.

MORTGAGEE/THIRD PARTY INFORMATION

FIRST MORTGAGEE

| | | | |
|---|---|---|---|
| Loan Number | : ▮▮▮▮▮5845 | | |
| Name | : NEW AMERICAN FUNDING LLC ISAOA ATIMA | | |
| Address | : P O BOX 5071 | Directory Code: 004039 | |
| City | : TROY | St. : MI | Zip Code : 48007 |

Authorized Agent:   The Stenmoe Agency
                    18223 102nd AVE NE Suite A
                    Bothell                         WA   98011
                    PH 425.486.8135
                    TOLL F 888.542.9558