Entered on Docket April 29, 2025

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>Gary Rosenthal,<br><br>　　　　　　　　Debtor.<br><br>---<br><br>Gary Rosenthal,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Defendant NewRez, LLC, d/b/a/ Shellpoint Mortgage Services, LLC, Buda Hill, LLC, and Eastside Funding, LLC<br><br>　　　　　　　　Defendants. | Case No. 24-12397 – CMA<br><br>Adv. No. 25-01010-CMA<br><br>Chapter: 13<br><br><br>EX PARTE ORDER GRANTING ORDER SHORTENING TIME ON SECOND MOTION TO EXTEND STAY WITH BOND<br><br>MODIFIED BY COURT |

THIS MATTER having come before the Court on the Debtor's Ex Parte Motion for an Order to Shorten Time on the Second Motion to Extend Stay with Bond, the Court finding efforts to provide service adequate, that exigent circumstances exist which would cause harm to Debtor if the hearing were not held on shortened time, and for good cause appearing:

DEBTOR'S EX-PARTE ORDER
SHORTENING TIME ON SECOND
MOTION TO EXTEND STAY
WITH BOND
Adv No. 25-01010-CMA

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
WILMINGTON, DE 19806
TELEPHONE: (302) 449-9010

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

3. The Motion to Shorten Time is Granted;

4. Counsel will include a copy of the Order Shortening Time with a Notice of Hearing on Debtor's Second Motion to Extend Stay with Bond that will be sent to the attorneys for Defendants Buda Hill, LLC, Eastside Funding, LLC, and NewRez, LLC via email as soon as it is entered.

5. That the hearing on the for the Motion to Extend Stay With Bond will be held on May 5th at 10:30 a.m. with responses to be filed on or before May 2, 2025.

// END OF ORDER//

Presented by:

DEVLIN LAW FIRM, LLC

By: /s/ Christina L Henry
Christina L Henry, WSBA #31273
6100 219th St SW, Ste 480
PMB 398
Mountlake Terrace, WA 98043-2222
chenry@devlinlawfirm.com
Tel# 206-319-0077

DEBTOR'S EX-PARTE ORDER
SHORTENING TIME ON SECOND
MOTION TO EXTEND STAY
WITH BOND
Adv No. 25-01010-CMA

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
WILMINGTON, DE 19806
TELEPHONE: (302) 449-9010