

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

Gary Rosenthal,

                    Debtor.

Gary Rosenthal,

                    Plaintiff,
        v.

NewRez, LLC, Buda Hill, LLC, and
Eastside Funding, LLC,

                    Defendants.

Case No.  24-12397

Adv. No.  25-01010

ORDER VACATING ORDER ON MOTIONS
FOR SUMMARY JUDGMENT AND FINAL
JUDGMENT

    This matter came before the Court sua sponte.  After the Court entered its Order on

Motions for Summary Judgment [ECF No. 76], in which it granted summary judgment to

Order - 1

Defendants, and Final Judgment [ECF No. 78], the Plaintiff appealed to the U.S. District Court for the Western District of Washington. After considering the appeal, the District Court issued a Final Order reversing and remanding the matter for proceedings consistent with its decision. *See* ECF No 119. The Defendants have taken no further action to appeal the District Court's Final Order. Now, therefore, it is hereby

ORDERED that the Order on Motions for Summary Judgment [ECF. No. 76] and Final Judgment [ECF No. 78] are VACATED.

///END OF ORDER///

Order - 2